Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND<br><br>                              Plaintiffs,<br>vs.<br><br>TRIUMFO, INC., a Nevada corporation,<br><br>                              Defendant. | Case No.<br><br><br>**COMPLAINT** |

Plaintiffs allege:

1.     This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1500, and the Court has jurisdiction pursuant to 29 U.S.C. § 1132(e). Venue is appropriate pursuant to 29 U.S.C. § 1132(e)(2).

2.     Plaintiffs are the Boards of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, and Trustees of the Teamsters Convention Industry Training Fund ("Trust Funds") and are fiduciaries for purposes of ERISA.

1

19732180

3. Triumfo, Inc., is a Nevada corporation ("Triumfo"), that acted as an employer within the State of Nevada employing persons ("Covered Employees") who perform work covered by a collective bargaining agreement ("CBA") between Triumfo and the International Brotherhood of Teamsters Local 631 ("Union").

4. The Trust Funds are ERISA employee benefit trust funds that provide benefits to Covered Employees.

5. The CBAs incorporate by reference the Trust Agreements establishing the Trust Funds ("Trust Agreements").

6. The Trust Agreements and the Trust Funds' governing documents require that Triumfo provide documents to the Trust Funds' independent auditor to allow the Trust Funds' to conduct a contract compliance review ("Audit").

7. The Trust Funds' governing documents provide that if Triumfo does not comply with the requests for documents, the matter is referred to the Trust Funds' attorney.

8. If a matter is referred to the Trust Funds' attorney due to Triumfo's noncompliance with the document request, the Trust Funds' governing documents require Triumfo to pay all auditor fees and attorney's fees associated with the document collection process, the completion of the audit and any legal proceeding required to enforce the terms of the Trust Funds' governing documents.

9. The Trust Funds' governing documents also provide that if Triumfo fails to provide any information to the Trust Funds' independent auditor, the Trust Funds are permitted to presume annual delinquent contributions in the amount of $100,000.

**FIRST CLAIM FOR RELIEF**
Equitable Relief - 29 U.S.C. § 1132(a)(3)

10. Paragraphs 1 through 9 are restated and incorporated by reference.

11. The Trust Funds have repeatedly requested that Triumfo make its books and records available for an Audit as required by ERISA, the CBAs and the Trust Agreements.

12. Triumfo has repeatedly failed to make its books and records available.

2

19732180

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

13. The Trust Funds request this Court compel Triumfo to deliver or make available to the Trust Funds all papers and documentation necessary to permit the Trust Funds or their designee to perform an Audit.

### SECOND CLAIM FOR RELIEF
ERISA Delinquent Contributions

14. Paragraphs 1 through 13 are restated and incorporated by reference.

15. Triumfo has failed to meet its obligations to remit employee benefit contributions to the Trust Funds as set forth in the CBAs and Trust Agreements.

16. As a result of its delinquency, Triumfo is liable to the Trust Funds for unpaid contributions, interest, liquidated damages, audit fees and attorneys' fees.

WHEREFORE, Plaintiffs pray for relief as follows:

1. For an Order compelling Triumfo, Inc., to deliver or make available to the Trust Funds all papers and documentation necessary to permit the Trust Funds or their designee to perform an Audit;

2. A judgment against Triumfo, Inc., for damages, including delinquent employee benefit contributions, interest, liquidated damages, and attorneys' fees and costs;

3. For other equitable relief as provided by ERISA; and

4. For such other and further relief as the Court deems proper.

Dated: September 11, 2019                BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiffs

19732180